## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PAMELA ROSS | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIV-2016-756-C |
| | ) | |
| NORTHROP GRUMMAN SYSTEMS CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Pamela Ross, by and through her attorney of record, and Defendant, Northrop Grumman Systems Corporation, by and through its attorneys of record, stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by the Plaintiff, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii). The parties stipulate that they shall each bear their own attorneys fees and costs.

RESPECTFULLY SUBMITTED THIS 25th DAY OF JANUARY, 2018.


*s/Christa R. Uhland*
Christa R. Uhland, OBA#30934
MAZAHERI LAW FIRM
3445 W. Memorial, Ste. H
Oklahoma City, OK  73134
(405) 414-2222 (Phone)
(405) 607-4358 (Fax)
christa@mazaherilaw.com
*Attorney for Plaintiff*

*s/Adam W. Childers*
*(signed by filing attorney*
*with permission of counsel)*
Adam W. Childers, OBA #18673
Melissa R. McDuffey, OBA#32463
324 N. Robinson Ave, Ste. 100
Oklahoma City, OK  73102
adam.childers@crowedunlevy.com
Melissa.mcduffey@crowedunlevy.com
*Attorneys for Defendant*